IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

UNITED STATES OF AMERICA,

                Plaintiff,                      MEMORANDUM

        v.                                        00-cr-86-bbc-01

JAMES E. NAIN,

                Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

      A hearing on the probation office's petition for judicial review of James E. Nain's supervised release was to be held on January 12, 2012, before U. S. District Judge Barbara B. Crabb. The government appeared by U.S. Attorney John W. Vaudreuil. Defendant was present in person and by counsel, Associate Federal Defender Erika L. Bierma. Also present was U.S. Probation Officer Michael J. Nolan.

      At the outset of the hearing, the government advised the court that a hearing would not be necessary and that the probation office would be withdrawing its petition. Mr. Nain has joined Alcoholics Anonymous and is participating regularly in meetings. In addition, he has returned to sex offender counseling. In light of Mr. Nain's efforts, the government is no

longer seeking revocation of his supervised release status, but supports letting his period of supervised release expired as ordered.

The petition will be considered withdrawn.

Entered this 13th day of January, 2012.

BY THE COURT:
/s/

BARBARA B. CRABB

District Judge